### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 23-10306-JCM |
| | : | |
| **Wayne E. Tabacjar** | : | Chapter 13 |
| *Debtor* | : | |
| | : | Related to Claim No. 9 |
| | : | |
| **Pennymac Loan Services** | : | |
| *Movant* | : | |
| | : | Document No. |
| | : | |
| V. | : | |
| | : | |
| **Wayne E. Tabacjar,** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

### **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Pennymac Loan Services, LLC.** *Claim No. 9* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of **$1688.62 effective 7/1/2024.**

Dated: May 29, 2024

                                                  By:    /s/ Rebeka A. Seelinger  Esquire
                                                          Rebeka A. Seelinger, Esquire
                                                          Pa. I.D. #93897
                                                          4640 Wolf Rd
                                                          Erie, PA 16505
                                                          (814)-824-6670
                                                          E-Mail: rebeka@seelingerlaw.com