## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 23-10306-JCM** |
| | : | |
| **Wayne E. Tabacjar** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 9** |
| | : | |
| **Pennymac Loan Services** | : | |
| *Movant* | : | |
| | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Wayne E. Tabacjar,** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

### DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Pennymac Loan Services, LLC.** *Claim No. 9* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of **$1798.11  effective 7/1/2025.**


Dated: May 16, 2025

By:    /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
 E-Mail: rebeka@seelingerlaw.com