UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          : Case No. 23-10306  JCM
      Wayne E. Tabacjar                    : Chapter 13
          Debtor                         :
                                        :
      Wayne E. Tabacjar                    :
          Movant                         : Document No.
        vs.                              :
Ronda J. Winnecour, Esquire                     :
Chapter 13 Trustee,                             :
         Respondent                    :

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments the Chapter 13 Plan requires.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 13, 2023, at docket number 11, the Debtor complied with Federal Rule of Bankruptcy Procedure (c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

This Certification is being signed under penalty of perjury by the Debtor's undersigned counsel, who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 15, 2026,                    By:/s/ Rebeka A. Seelinger
                                Rebeka A. Seelinger, Esquire
                                SEELINGER LAW
                                Attorney for Debtor
                                PA ID #93897
                                4640 Wolf Road
                                Erie, PA 16505
                                (814) 824-6670
                                rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**