Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Wayne E. Tabacjar** | : | Case No. 23–10306–JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 34 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/29/26 at 02:00 PM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

       *AND NOW,* this *The 28th of July, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 34 , by the Chapter 13 Trustee

       It is hereby *ORDERED, ADJUDGED and DECREED* that:

       (1)  *On or before September 11, 2026*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

       (2)  This *Motion* is scheduled for hearing on *September 29, 2026 at 02:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

       (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

                                           */s/ John C. Melaragno*

                                John C. Melaragno, Judge
                                United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Wayne E. Tabacjar

    Debtor

Case No. 23-10306-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: 300b | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne E. Tabacjar, 2990 Valley View Circle, Erie, PA 16509-8018 |
| 15608447 | + | Medville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15608450 | + | Prudential, Disability Management Services, PO BOX 13480, Philadelphia, PA 19176-3480 |
| 15608451 | + | Quest Diagnostics, 1526 Peach Street, Erie, PA 16501-2110 |
| 15608455 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2026 02:52:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868, UNITED STATES 92868-1604 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 29 2026 02:53:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15608436 | ^ | MEBN | Jul 29 2026 02:47:28 | Allegheny Health Newtork, Attn. Bankruptcy, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15620692 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 02:54:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15608437 | + | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 02:54:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15608438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:55:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15620494 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:46 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16630935 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2026 02:52:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 15608439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:55:02 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15608440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:49 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15608441 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:55:02 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15620703 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

District/off: 0315-1 | User: auto | Page 2 of 3

Date Rcvd: Jul 28, 2026 | Form ID: 300b | Total Noticed: 34

| | | | | |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 15608442 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15610658 | | Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15608443 | + | Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15608444 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 29 2026 02:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15608452 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jul 29 2026 02:53:00 | T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 15608445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:47 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15624932 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 02:54:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15608446 | + | Email/Text: Documentfiling@lciinc.com | Jul 29 2026 02:53:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15626708 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2026 02:53:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15608449 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2026 02:53:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15625837 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2026 02:54:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15608448 | + | Email/PDF: ebnotices@pnmac.com | Jul 29 2026 02:54:49 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15622195 | + | Email/PDF: ebnotices@pnmac.com | Jul 29 2026 02:54:56 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15608453 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:55:02 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608454 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 29 2026 02:54:00 | UPMC, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |
| 15627007 | | Email/Text: BNCnotices@dcmservices.com | Jul 29 2026 02:53:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15608456 | + | Email/Text: collections@widgetfinancial.com | Jul 29 2026 02:54:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15608457 | *+ | Allegheny Health Newtork, Attn. Bankruptcy, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15608458 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15608459 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15608460 | *+ | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15608461 | *+ | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15608462 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608463 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608464 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0315-1 · User: auto · Page 3 of 3

Date Rcvd: Jul 28, 2026 · Form ID: 300b · Total Noticed: 34

| 15608465 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15608473 | *P++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500, address filed with court:, T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 15608466 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15608467 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15608468 | *+ | Medville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15608470 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15608469 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15608471 | *+ | Prudential, Disability Management Services, PO BOX 13480, Philadelphia, PA 19176-3480 |
| 15608472 | *+ | Quest Diagnostics, 1526 Peach Street, Erie, PA 16501-2110 |
| 15608474 | *+ | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608475 | *+ | UPMC, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |
| 15608476 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15608477 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Wayne E. Tabacjar rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5