**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WAYNE E TABACJAR

      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
   vs.
No Respondents.

Case No.:23-10306

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the ″Final Report″).  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee′s Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

July 28, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/08/2023  and confirmed on 7/12/23 .  The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,020.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,020.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,500.00 | |
|   Trustee Fee | 5,281.19 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,781.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 63,651.32 | 0.00 | 63,651.32 |
|   Acct: 6168 | | | | |
| CARRINGTON MORTGAGE SERVICES LLC | 1,781.00 | 1,781.00 | 0.00 | 1,781.00 |
|   Acct: 6168 | | | | |
| WIDGET FINANCIAL** | 10,398.03 | 10,398.03 | 886.14 | 11,284.17 |
|   Acct: 5477 | | | | |
| | | | | 76,716.49 |
| **Priority** | | | | |
| REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WAYNE E TABACJAR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SEELINGER LAW CORPORATION | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0292 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 982.08 | 29.39 | 0.00 | 29.39 |
|   Acct: 1008 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 1,840.74 | 55.09 | 0.00 | 55.09 |
|   Acct: 3526 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 1,026.13 | 30.71 | 0.00 | 30.71 |
|   Acct: 3767 | | | | |
| CITIBANK NA** | 5,439.53 | 162.81 | 0.00 | 162.81 |
|   Acct: 4720 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,614.72 | 197.98 | 0.00 | 197.98 |
|   Acct: 2246 | | | | |
| LVNV FUNDING LLC | 2,741.03 | 82.04 | 0.00 | 82.04 |
|   Acct: 9945 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |

23-10306

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0578 | | | | |
| CITIBANK NA** | 1,939.53 | 58.05 | 0.00 | 58.05 |
| Acct: 5054 | | | | |
| DISCOVER BANK(*) | 1,729.88 | 51.78 | 0.00 | 51.78 |
| Acct: 3156 | | | | |
| GOLDMAN SACHS BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3734 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4998 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 18,192.34 | 544.49 | 0.00 | 544.49 |
| Acct: 5442 | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 7,706.67 | 230.66 | 0.00 | 230.66 |
| Acct: 6088 | | | | |
| PRUDENTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9741 | | | | |
| QUEST DIAGNOSTIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 1,357.65 | 40.63 | 0.00 | 40.63 |
| Acct: 7139 | | | | |
| UPMC HEALTH SERVICES | 812.25 | 24.31 | 0.00 | 24.31 |
| Acct: 1185 | | | | |
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 480.38 | 14.38 | 0.00 | 14.38 |
| Acct: 1713 | | | | |
| HEATHER SNYDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,522.32 |

TOTAL PAID TO CREDITORS                                                                 78,238.81

TOTAL CLAIMED
PRIORITY            0.00
SECURED        12,179.03
UNSECURED      50,862.93

Date: 07/28/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    WAYNE E TABACJAR

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:23-10306

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10306-JCM |
| Wayne E. Tabacjar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 28, 2026 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne E. Tabacjar, 2990 Valley View Circle, Erie, PA 16509-8018 |
| 15608447 | + | Medville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15608450 | + | Prudential, Disability Management Services, PO BOX 13480, Philadelphia, PA 19176-3480 |
| 15608451 | + | Quest Diagnostics, 1526 Peach Street, Erie, PA 16501-2110 |
| 15608455 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2026 02:52:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868, UNITED STATES 92868-1604 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 29 2026 02:53:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15608436 | ^ | MEBN | Jul 29 2026 02:47:28 | Allegheny Health Newtork, Attn. Bankruptcy, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15620692 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 02:54:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15608437 | + | Email/PDF: bncnotices@becket-lee.com | Jul 29 2026 02:55:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15608438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15620494 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:49 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16630935 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 29 2026 02:52:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 15608439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:55:02 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15608440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:49 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15608441 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:49 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15620703 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:55:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | SD 57108-5027 |
| 15608442 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:49 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15610658 | Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15608443 | + Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15608444 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 29 2026 02:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15608452 | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jul 29 2026 02:53:00 | T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 15608445 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:55:01 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15624932 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 02:54:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15608446 | + Email/Text: Documentfiling@lciinc.com | Jul 29 2026 02:53:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15626708 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2026 02:53:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15608449 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2026 02:53:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15625837 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2026 02:54:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15608448 | + Email/PDF: ebnotices@pnmac.com | Jul 29 2026 02:54:49 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15622195 | + Email/PDF: ebnotices@pnmac.com | Jul 29 2026 02:55:02 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15608453 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:56 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608454 | + Email/Text: BankruptcyNotice@upmc.edu | Jul 29 2026 02:54:00 | UPMC, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |
| 15627007 | Email/Text: BNCnotices@dcmservices.com | Jul 29 2026 02:53:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15608456 | + Email/Text: collections@widgetfinancial.com | Jul 29 2026 02:54:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| 15608457 | *+ | Allegheny Health Newtork, Attn. Bankruptcy, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15608458 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15608459 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15608460 | *+ | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15608461 | *+ | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15608462 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608463 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608464 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf900 | Total Noticed: 34 |

| | | |
|---|---|---|
| 15608465 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15608473 | *P++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500, address filed with court:, T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 15608466 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15608467 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15608468 | *+ | Medville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15608470 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15608469 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15608471 | *+ | Prudential, Disability Management Services, PO BOX 13480, Philadelphia, PA 19176-3480 |
| 15608472 | *+ | Quest Diagnostics, 1526 Peach Street, Erie, PA 16501-2110 |
| 15608474 | *+ | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608475 | *+ | UPMC, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |
| 15608476 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15608477 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | |
| | on behalf of Debtor Wayne E. Tabacjar rebeka@seelingerlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5