**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **WAYNE E TABACJAR** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **23-10306JCM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   CARRINGTON MORTGAGE SERVICES LLC

**Court claim no.**  (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:   6  1  6  8

**Property Address:**   2990 VALLEY VIEW CIR
Number        Street

ERIE                                                   PA     16509
City                                                      State   ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $       1,781.00 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $       1,781.00 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $       -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $       1,781.00 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $          63,651.32

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
June 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $          -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour                                           Date   08/06/2026
Signature

Trustee     Ronda J. Winnecour
First Name          Middle Name          Last Name

Address     CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number      Street

PITTSBURGH                                    PA      15219
City                                          State   ZIP Code

Contact phone   (412) 471-5566          Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **TABACJAR** | | Case Number **23-10306JCM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 9 | CARRINGTON MORTGAGE SERVICES | 06/25/2026 | 1361451 | Amounts Disbursed To Creditor | 1,781.00 |
| | | | | Total for Claim Number 9: | 1,781.00 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,781.00** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 9 | PENNYMAC LOAN SERVICES LLC | 08/25/2023 | 1277401 | Amounts Disbursed To Creditor | 3,255.21 |
| 9 | PENNYMAC LOAN SERVICES LLC | 09/26/2023 | 1280131 | Amounts Disbursed To Creditor | 1,688.98 |
| 9 | PENNYMAC LOAN SERVICES LLC | 10/25/2023 | 1282844 | Amounts Disbursed To Creditor | 1,721.56 |
| 9 | PENNYMAC LOAN SERVICES LLC | 11/27/2023 | 1285522 | Amounts Disbursed To Creditor | 1,739.06 |
| 9 | PENNYMAC LOAN SERVICES LLC | 12/21/2023 | 1288101 | Amounts Disbursed To Creditor | 1,748.27 |
| 9 | PENNYMAC LOAN SERVICES LLC | 01/26/2024 | 1290792 | Amounts Disbursed To Creditor | 1,753.04 |
| 9 | PENNYMAC LOAN SERVICES LLC | 02/26/2024 | 1293436 | Amounts Disbursed To Creditor | 1,755.44 |
| 9 | PENNYMAC LOAN SERVICES LLC | 03/26/2024 | 1296088 | Amounts Disbursed To Creditor | 1,756.65 |
| 9 | PENNYMAC LOAN SERVICES LLC | 05/29/2024 | 1301457 | Amounts Disbursed To Creditor | 1,757.10 |
| 9 | PENNYMAC LOAN SERVICES LLC | 06/25/2024 | 1303988 | Amounts Disbursed To Creditor | 1,757.90 |
| 9 | PENNYMAC LOAN SERVICES LLC | 07/25/2024 | 1306594 | Amounts Disbursed To Creditor | 2,909.15 |
| 9 | PENNYMAC LOAN SERVICES LLC | 08/26/2024 | 1309158 | Amounts Disbursed To Creditor | 1,831.24 |
| 9 | PENNYMAC LOAN SERVICES LLC | 09/25/2024 | 1311752 | Amounts Disbursed To Creditor | 1,795.76 |
| 9 | PENNYMAC LOAN SERVICES LLC | 10/25/2024 | 1314276 | Amounts Disbursed To Creditor | 1,796.04 |
| 9 | PENNYMAC LOAN SERVICES LLC | 11/25/2024 | 1316840 | Amounts Disbursed To Creditor | 1,760.22 |
| 9 | PENNYMAC LOAN SERVICES LLC | 12/23/2024 | 1319232 | Amounts Disbursed To Creditor | 1,760.33 |
| 9 | PENNYMAC LOAN SERVICES LLC | 01/28/2025 | 1321732 | Amounts Disbursed To Creditor | 1,760.38 |
| 9 | PENNYMAC LOAN SERVICES LLC | 03/26/2025 | 1326646 | Amounts Disbursed To Creditor | 1,391.57 |
| 9 | PENNYMAC LOAN SERVICES LLC | 04/25/2025 | 1329118 | Amounts Disbursed To Creditor | 1,914.33 |
| 9 | PENNYMAC LOAN SERVICES LLC | 05/23/2025 | 1331523 | Amounts Disbursed To Creditor | 1,873.51 |
| 9 | PENNYMAC LOAN SERVICES LLC | 06/25/2025 | 1333973 | Amounts Disbursed To Creditor | 1,908.86 |
| 9 | PENNYMAC LOAN SERVICES LLC | 07/25/2025 | 1336450 | Amounts Disbursed To Creditor | 1,924.83 |
| 9 | PENNYMAC LOAN SERVICES LLC | 08/26/2025 | 1338856 | Amounts Disbursed To Creditor | 1,937.10 |
| 9 | PENNYMAC LOAN SERVICES LLC | 09/25/2025 | 1341272 | Amounts Disbursed To Creditor | 1,948.50 |
| 9 | PENNYMAC LOAN SERVICES LLC | 10/24/2025 | 1343744 | Amounts Disbursed To Creditor | 2,760.21 |
| 9 | PENNYMAC LOAN SERVICES LLC | 11/21/2025 | 1346044 | Amounts Disbursed To Creditor | 2,002.50 |
| 9 | PENNYMAC LOAN SERVICES LLC | 12/23/2025 | 1348396 | Amounts Disbursed To Creditor | 964.37 |
| 9 | PENNYMAC LOAN SERVICES LLC | 01/27/2026 | 1350781 | Amounts Disbursed To Creditor | 1,000.36 |
| 9 | CARRINGTON MORTGAGE SERVICES | 02/24/2026 | 1351869 | Amounts Disbursed To Creditor | 1,477.83 |
| 9 | CARRINGTON MORTGAGE SERVICES | 03/25/2026 | 1354214 | Amounts Disbursed To Creditor | 1,952.88 |
| 9 | CARRINGTON MORTGAGE SERVICES | 04/27/2026 | 1356612 | Amounts Disbursed To Creditor | 1,960.50 |
| 9 | CARRINGTON MORTGAGE SERVICES | 05/27/2026 | 1359032 | Amounts Disbursed To Creditor | 4,793.22 |
| 9 | CARRINGTON MORTGAGE SERVICES | 06/25/2026 | 1361451 | Amounts Disbursed To Creditor | 1,294.42 |
| | | | | Total for Claim Number 9: | 63,651.32 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **63,651.32** |

### Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

WAYNE E TABACJAR
2990 VALLEY VIEW CIRCLE
ERIE, PA  16509

REBEKA A SEELINGER ESQ
4640 WOLF RD
ERIE, PA  16505

RANDALL S MILLER & ASSOCIATES PC
43252 WOODWARD AVE STE 180
BLOOMFIELD HILLS, MI  48302

CARRINGTON MORTGAGE SERVICES LLC
500 N STATE COLLEGE BLVD
STE 1030, 1300, 1400
ORANGE, CA  92868

Dated: 08/06/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee