**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Wayne E. Tabacjar<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1185 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 23–10306–JCM | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wayne E. Tabacjar

9/15/26

**By the court:** John C Melaragno
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-10306-JCM
Wayne E. Tabacjar Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3
Date Rcvd: Sep 15, 2026 Form ID: 3180W Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne E. Tabacjar, 2990 Valley View Circle, Erie, PA 16509-8018 |
| 15608447 | + | Medville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15608450 | + | Prudential, Disability Management Services, PO BOX 13480, Philadelphia, PA 19176-3480 |
| 15608451 | + | Quest Diagnostics, 1526 Peach Street, Erie, PA 16501-2110 |
| 15608455 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 16 2026 05:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 16 2026 05:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 16 2026 01:03:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868, UNITED STATES 92868-1604 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 16 2026 01:04:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15608436 | ^ | MEBN | Sep 16 2026 01:01:12 | Allegheny Health Newtork, Attn. Bankruptcy, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15620692 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2026 01:11:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15608437 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2026 01:11:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15608438 | + | EDI: CAPITALONE.COM | Sep 16 2026 05:01:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15620494 | | EDI: CAPITALONE.COM | Sep 16 2026 05:01:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16630935 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 16 2026 01:03:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 15608439 | + | EDI: CITICORP | Sep 16 2026 05:01:00 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15608440 | + | EDI: CITICORP | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 16 2026 05:01:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15608441 | + | EDI: CITICORP | Sep 16 2026 05:01:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15620703 | | EDI: CITICORP | Sep 16 2026 05:01:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15608442 | + | EDI: CITICORP | Sep 16 2026 05:01:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15610658 | | EDI: DISCOVER | Sep 16 2026 04:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15608443 | + | EDI: DISCOVER | Sep 16 2026 04:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15608444 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 16 2026 01:04:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15608452 | | EDI: JCTM | Sep 16 2026 05:01:00 | T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 15608445 | + | EDI: CAPITALONE.COM | Sep 16 2026 05:01:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15624932 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 01:11:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15608446 | + | EDI: LENDNGCLUB | Sep 16 2026 04:55:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15626708 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2026 01:03:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15608449 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2026 01:03:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15625837 | | EDI: PRA.COM | Sep 16 2026 05:01:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15608448 | + | Email/PDF: ebnotices@pnmac.com | Sep 16 2026 01:12:02 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15622195 | + | Email/PDF: ebnotices@pnmac.com | Sep 16 2026 01:11:55 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15608453 | + | EDI: CITICORP | Sep 16 2026 05:01:00 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608454 | + | Email/Text: BankruptcyNotice@upmc.edu | Sep 16 2026 01:04:00 | UPMC, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |
| 15627007 | | Email/Text: BNCnotices@dcmservices.com | Sep 16 2026 01:04:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15608456 | + | Email/Text: collections@widgetfinancial.com | Sep 16 2026 01:04:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15608457 | *+ | Allegheny Health Newtork, Attn. Bankruptcy, PO Box 645266, Pittsburgh, PA 15264-5250 |

| | | |
|---|---|---|
| 15608458 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15608459 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15608460 | *+ | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15608461 | *+ | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15608462 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608463 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608464 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15608465 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15608473 | *P++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500, address filed with court:, T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 15608466 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15608467 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15608468 | *+ | Medville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15608470 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15608469 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15608471 | *+ | Prudential, Disability Management Services, PO BOX 13480, Philadelphia, PA 19176-3480 |
| 15608472 | *+ | Quest Diagnostics, 1526 Peach Street, Erie, PA 16501-2110 |
| 15608474 | *+ | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15608475 | *+ | UPMC, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |
| 15608476 | * | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15608477 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Carrington Mortgage Services LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Wayne E. Tabacjar rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6